1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HERC RENTALS, INC., a foreign corporation; HERC RENTALS EMPLOYEE SERVICES LLC, a foreign limited liability company; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01739-BJR<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE** |

Plaintiff Jacob Atkinson and Defendants Herc Rentals, Inc. and Herc Rentals Employee Services LLC have filed their Joint Stipulated Motion to Set Briefing Schedule related to Defendants Herc Rentals, Inc. and Herc Rentals Employees Services LLC's Second Combined Motion to Dismiss Pursuant to FRCP Rule 12(b)(6) and Motion to Strike Pursuant to FRCP Rule 12(f) ("Combined Motions to Dismiss and Strike") [Dkt. 17].

IT IS HEREBY ORDERED that the briefing schedule related to Defendants Herc Rentals, Inc. and Herc Rentals Employee Services LLC's Combined Motion to Dismiss and to Strike is as follows:

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE- 1
Case No. 2:23-cv-01739-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Response | 12/26/2023 | 01/19/2024 |
| Defendant's Reply | 01/09/2024 | 02/02/2024 |

IT IS HEREBY FURTHER ORDERED that the early case deadlines, including the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and the submission of the Joint Status Report be set as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| FRCP 26(f) Conference | 12/20/2023 | 01/26/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/27/2023 | 02/02/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 01/03/2024 | 02/09/2024 |

DATED: December 13, 2023.

JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Adam T. Pankratz*
   Adam T. Pankratz WSBA #50951
   1201 Third Avenue, Suite 5150
   Seattle, WA  98101
   Telephone:  (206) 693-7057
   Facsimile:  (206) 693-7058
   Email:  adam.pankratz@ogletree.com

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE - 2
Case No. 2:23-cv-01739-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Mathew A. Parker*
Mathew A. Parker, OSBA #0093231
(admitted *pro hac vice*)
The KeyBank Building
88 East Broad Street, Suite 2025
Columbus, OH  43215
Telephone:  (614) 494-0420
Facsimile:  (614) 633-1455
Email:  mathew.parker@ogletree.com

*Attorneys for Defendant Herc Rentals, Inc. and Herc Rentals Employee Services LLC*


Approved as to Form; Presentation Waived:

EMERY | REDDY PLLC

By: */s/ Patrick B. Reddy*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani Jr., WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA  98101-1269
Telephone:  (206) 442-9106
Facsimile:  (206) 441-9711
Email:    emeryt@emeryreddy.com
          reddyp@emeryreddy.com
          paul@emeryreddy.com

*Attorneys for Plaintiff Jacob Atkinson*

ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE - 3
Case No. 2:23-cv-01739-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058