The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERC RENTALS INC, a foreign profit corporation; HERC RENTALS EMPLOYEE SERVICES LLC, a foreign limited liability company; and DOES 1-20,<br><br>Defendant. | No. 2:23-cv-1739-BJR<br><br>STIPULATION FOR ORDER OF DISMISSAL *WITHOUT PREJUDICE* |

## **STIPULATION**

Plaintiff Jacob Atkinson, by and through his attorneys, Timothy W. Emery, Patrick B. Reddy and Paul Cipriani of Emery Reddy, PLLC, and Defendants Herc Rentals Inc and Herc Rentals Employee Services LLC, by and through their attorneys Adam T. Pankratz and Mathew A. Parker of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate to entry of an Order dismissing all claims without prejudice and without an award of costs or attorney fees to either party.

///

///

///

STIPULATION FOR ORDER OF DISMISSAL *WITHOUT PREJUDICE* – 2:23-cv-01739-BJR

PAGE 1 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

DATED this 22nd day of December, 2023.

| EMERY | REDDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|

By */s/ Timothy W. Emery*
By */s/ Patrick B. Reddy*
By */s/ Paul Cipriani*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiff*

By */s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By */s/ Mathew A. Parker*
Mathew A. Parker
The KeyBank Building
88 East Broad Street, Suite 2025
Columbus, OH 43215
Phone: (614) 494-0420
Facsimile: (614) 633-1455
Email: mathew.parker@ogletree.com

*Attorneys for Defendants*

## ORDER

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITHOUT PREJUDICE, and is dismissed without costs or attorney fees to either party.

DATED this 22nd day of ___December___, 2023.

_____
UNITED STATES DISTRICT JUDGE
BARBARA J. ROTHSTEIN

STIPULATION FOR ORDER OF DISMISSAL *WITHOUT PREJUDICE* – 2:23-cv-01739-BJR

PAGE 2 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Presented by:

EMERY | REDDY, PLLC

By */s/ Timothy W. Emery*
By */s/ Patrick B. Reddy*
By */s/ Paul Cipriani*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiff*


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By */s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By */s/ Mathew A. Parker*
Mathew A. Parker
The KeyBank Building
88 East Broad Street, Suite 2025
Columbus, OH 43215
Phone: (614) 494-0420
Facsimile: (614) 633-1455
 Email: mathew.parker@ogletree.com

*Attorneys for Defendants*